IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANE SCHULTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Misc. Action No. H-12-527 |
| | § | |
| SEE EXHIBITS "A" "B" "C" | § | |
| "D" and "E" AS DEFINED HEREIN | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has conducted a de novo review of the Magistrate Judge's Memorandum, Recommendation and Order and, finding no objections thereto, concludes that the Memorandum and Recommendation should be adopted.

Accordingly, the Memorandum and Recommendation is **ADOPTED**. Plaintiff's motion to proceed in forma pauperis (Doc. 7) is **DENIED**, and this case is **DISMISSED** for failure to state a claim upon which relief can be granted. The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 26th day of September, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE