IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANE SCHULTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Misc. Action No. H-12-527 |
| | § | |
| SEE EXHIBITS "A" "B" "C" | § | |
| "D" and "E" AS DEFINED HEREIN | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In conformity with the Memorandum, Recommendation and Order, Doc. 9, and the Order Adopting Memorandum and Recommendation entered this date, this action is **DISMISSED** for failure to state a claim upon which relief can be granted.

**SIGNED** this _26th_ day of September, 2012, in Houston, Texas.

SIM LAKE
UNITED STATES DISTRICT JUDGE